

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-14-2007

# CSX Trans Co v. Novolog Bucks Cty

Precedential or Non-Precedential: Precedential

Docket No. 06-3431

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"CSX Trans Co v. Novolog Bucks Cty" (2007). *2007 Decisions.* Paper 339.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/339

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 06-3431

_____

CSX TRANSPORTATION COMPANY,

Appellant

v.

NOVOLOG BUCKS COUNTY

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D. C. No. 04-cv-04018)
District Judge: Hon. Thomas N. O'Neill, Jr.

_____

Argued on July 12, 2007

Before: SLOVITER, ALDISERT and ROTH, Circuit Judges

(Opinion filed September 5, 2007)


**ROTH, Circuit Judge:**


**ORDER AMENDING SLIP OPINION**

**IT IS ORDERED** that the published Opinion in the above case, filed on September

5, 2007, be amended as follows:

**On page 4, the first full sentence:**

Replace the word **"railroad"** with the word "**transloader**".

**On page 12, the first full sentence:**

Replace the word **"CSX"** with the word **"Novolog"**.

By the Court,

/s/ Jane R. Roth
　　　　　　　Circuit Judge

Dated:  September 14, 2007